UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2017 AUG 24  PM 3:52

CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | 4:17-CR-053(1) —A |
| | § | |
| JOSE RAMIREZ | § | |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant JOSE RAMIREZ, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this matter.

Respectfully submitted,

JASON HAWKINS

Federal Public Defender
Northern District of Texas

BY: _____
MICHAEL LEHMANN
Asst. Federal Public Defender
TX State Bar No. 24048615
819 Taylor Street, Room 9A10
Fort Worth, TX 76102
(817) 978-2753

## CERTIFICATE OF SERVICE

I, Michael Lehmann, hereby certify that on this the 24th day of August 2017, a copy of the foregoing notice was hand delivered to the United States Attorney's Office at 801 Cherry Street, Suite 1700, Fort Worth, TX 76102-6897.

_____
MICHAEL LEHMANN