

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-10960
Summary Calendar

D.C. Docket No. 4:17-CR-53-1

United States Court of Appeals
Fifth Circuit

FILED
May 16, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

  Plaintiff - Appellee

v.

JOSE RAMIREZ,

  Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

Certified as a true copy and issued
as the mandate on Jun 07, 2018

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CTJ
ORIGINAL



# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 07, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 17-10960    USA v. Jose Ramirez
                          USDC No. 4:17-CR-53-1 - A

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   *Sabrina B. Short*
                                By: _____
                                Sabrina B. Short, Deputy Clerk
                                504-310-7817

cc:
    Mr. Peter Michael Fleury
    Mr. James Wesley Hendrix