ATd
ORIGINAL

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED
OCT 10 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

October 10, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

　　No. 17-10960　　USA v. Jose Ramirez
　　　　　　　　　　USDC No. 4:17-CR-53-1 - A

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

　　　　　　　　　　Sincerely,

　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　Charlene A. Vogelaar

　　　　　　　　　　By: _____
　　　　　　　　　　Charlene A. Vogelaar, Deputy Clerk
　　　　　　　　　　504-310-7648

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 1, 2018

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Jose Ramirez
        v. United States
        No. 18-5601
        (Your No. 17-10960)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk